# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS LARA GONZALEZ,<br><br>        Petitioner,<br><br>     v.<br><br>KAMALA D. HARRIS,<br><br>        Respondent. | CASE NO. 5:15-CV-02453-SK<br><br>**JUDGMENT** |

    Based upon the Opinion and Order Denying Petition, **IT IS ADJUDGED** that the Petition is DENIED and this action DISMISSED with prejudice.

DATED: February 8, 2017

                                        HON. STEVE KIM
                                      U.S. MAGISTRATE JUDGE